1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone:  (415) 436-7210
7    Fax:  (415) 436-7234

8  Attorneys for Plaintiff

9                 UNITED STATES MAGISTRATE COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   No.   3 05 70544
                                    )
13     Plaintiff,                   )   [PROPOSED] ORDER AND
                                    )   STIPULATION FOR CONTINUANCE
14     v.                           )   FROM DECEMBER 16, 2005 TO
                                    )   JANUARY 26, 2006 AND EXCLUDING
15 CHRISTINE CARPENTER,             )   TIME FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION (18 U.S.C. §
16     Defendant.                   )   3161(h)(8)(A)) AND WAIVING TIME
                                    )   LIMITS UNDER RULE 5.1
17

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling an arraignment or preliminary hearing date of January 26, 2006 at 9:30A.M.

20 before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

21 hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

22 Speedy Trial Act, 18 U.S.C. § 3161(b), from December 16, 2005 to January 26, 2006.  The

23 parties agree, and the Court finds and holds, as follows:

24       1.  The defendant has been released on her own recognizance.

25       2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

26 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

27 preparation, taking into account the exercise of due diligence.

28       3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1  preliminary hearing.

2       4. Counsel for the defense believes that postponing the preliminary hearing is in his
3  client's best interest, and that it is not in his client's interest for the United States to indict the
4  case during the normal 20-day timeline established in Rule 5.1.

5       5. The Court finds that, taking into the account the public interest in the prompt
6  disposition of criminal cases, these grounds are good cause for extending the time limits for a
7  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
8  the Court finds that the ends of justice served by excluding the period from December 16, 2005
9  to January 26, 2006, outweigh the best interest of the public and the defendant in a speedy trial.
10  § 3161(h)(8)(A).

11       6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
12  hearing date before the duty magistrate judge on January 26, 2006, at 9:30A.M., and (2) orders
13  that the period from December 16, 2005 to January 26, 2006 be excluded from the time period
14  for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
15  Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

17  IT IS SO STIPULATED:

19  DATED:  December 15, 2005              _____/s_____
                                            RON TYLER
20                                          Attorney for Defendant

22  DATED: December 14, 2005               _____/s_____
                                            ROBERT DAVID REES
23                                          Assistant United States Attorney

25  IT IS SO ORDERED.

27  DATED: December 16, 2005               _____
                                            HON. ELIZABETH D. LAPORTE
28                                          United States Magistrate Judge



2