KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3 05 70544 |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM APRIL 20, 2006 TO MAY 25, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | ) ) ) | |
| CHRISTINE CARPENTER, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of May 25, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 20, 2006 to May 25, 2006.  The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on her own recognizance.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 20, 2006 to May 25, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on May 25, 2006 at 9:30A.M., and (2) orders that the period from April 20, 2006 to May 25, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: April 19, 2006         _____/s_____
                              RON TYLER
                              Attorney for Defendant


DATED: April 19, 2006         _____/s_____
                              ROBERT DAVID REES
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/20/06   _____

HON_____
United S_____

