**FILED**

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7210
7  Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES MAGISTRATE COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) No.   3 05 70544
                                      )
14 |        Plaintiff,                ) [~~PROPOSED~~] ORDER AND
                                      ) STIPULATION FOR CONTINUANCE
15 |    v.                            ) FROM JUNE 1, 2006 TO JUNE 29, 2006
                                      ) AND EXCLUDING TIME FROM THE
16 | CHRISTINE CARPENTER,             ) SPEEDY TRIAL ACT CALCULATION
                                      ) (18 U.S.C. § 3161(h)(8)(A)) AND
17 |        Defendant.                ) WAIVING TIME LIMITS UNDER RULE
                                      ) 5.1

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of June 29, 2006 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 1, 2006 to June 29, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on her own recognizance.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 1, 2006 to June 29, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on June 29, 2006 at 9:30A.M., and (2) orders that the period from June 1, 2006 to June 29, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 31, 2006        /s/
                           RON TYLER
                           Attorney for Defendant

DATED: May 31, 2006        /s/
                           ROBERT DAVID REES
                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 19 2006
                           HON. MARIA-ELENA JAMES
                           United States Magistrate Judge

2