FILED

JUN 2 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2  MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7210
7  Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES MAGISTRATE COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )  No.   3 05 70544
                                      )
14         Plaintiff,                 )  [PROPOSED] ORDER AND
                                      )  STIPULATION FOR CONTINUANCE
15     v.                             )  FROM JUNE 29, 2006 TO JULY 27, 2006
                                      )  AND EXCLUDING TIME FROM THE
16 CHRISTINE CARPENTER,               )  SPEEDY TRIAL ACT CALCULATION
                                      )  (18 U.S.C. § 3161(h)(8)(A)) AND
17         Defendant.                 )  WAIVING TIME LIMITS UNDER RULE
                                      )  5.1
18

19         With the agreement of the parties, and with the consent of the defendant, the Court enters

20 this order scheduling an arraignment or preliminary hearing date of July 27, 2006 at 9:30A.M.

21 before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

22 hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

23 Speedy Trial Act, 18 U.S.C. § 3161(b), from June 29, 2006 to July 27, 2006. The parties agree,

24 and the Court finds and holds, as follows:

25         1. The defendant has been released on her own recognizance.

26         2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

27 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence.

1      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
2  preliminary hearing.
3      4. Counsel for the defense believes that postponing the preliminary hearing is in his
4  client's best interest, and that it is not in his client's interest for the United States to indict the
5  case during the normal 20-day timeline established in Rule 5.1.
6      5. The Court finds that, taking into the account the public interest in the prompt
7  disposition of criminal cases, these grounds are good cause for extending the time limits for a
8  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
9  the Court finds that the ends of justice served by excluding the period from June 29, 2006 to July
10 27, 2006 outweigh the best interest of the public and the defendant in a speedy trial. §
11 3161(h)(8)(A).
12     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
13 hearing date before the duty magistrate judge on July 27, 2006 at 9:30A.M., and (2) orders that
14 the period from June 29, 2006 to July 27, 2006 be excluded from the time period for preliminary
15 hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations
16 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18 IT IS SO STIPULATED:

20 DATED: June 28, 2006

                                    RON TYLER
                                    Attorney for Defendant

23 DATED: June 28, 2006

                                    ROBERT DAVID REES
                                    Assistant United States Attorney

26 IT IS SO ORDERED.

28 DATED: 6/29/06

                                    HON. NANDOR J. VADAS
                                    United States Magistrate Judge