IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHRISTINE CARPENTER,<br><br>          Defendant. | )<br>)  No. CR 06-0618 BZ<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING HEARING<br>)<br>)<br>)<br>) |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from February 14, 2007 until March 14, 2007 at 1:30 p.m. This continuance is necessary in order to complete sentencing preparation process based on supplemental memorandum. Assistant United States Attorney Rob Rees and Probation Officer Insa Bel'Ochi have been contacted and have no objection to continuing the hearing in this matter.

It is so stipulated.

DATED: February 13, 2007          ___/S/_____
                                               RONALD TYLER
                                               Assistant Federal Public Defender
                                               Counsel for Christine Carpenter

DATED: February 13, 2007          ___/S/_____
                                               ROBERT REES
                                               Assistant United States Attorney

STIP & ORDER CONTINUING HEARING
*United States v. Christine Carpenter*
CR 06-0618 BZ

## ORDER

The sentencing in this matter is continued until March 14, 2007 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 13, 2007

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING HEARING
*United States v.* Christine Carpenter
CR 06-0618 BZ
- 2 -